NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MASIMO CORPORATION,**
*Appellant*

**v.**

**APPLE INC.,**
*Appellee*

---

2025-1216

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00634.

-------------------------------------------------

**APPLE INC.,**
*Appellant*

**v.**

**MASIMO CORPORATION,**
*Appellee*

---

2025-1217

---

2                              MASIMO CORPORATION v. APPLE INC.

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00634.

––––––––––––––––––

**ON MOTION**

––––––––––––––––––

**O R D E R**

The parties file Federal Circuit Form 18, Joint Stipulation of Voluntary Dismissal indicating the voluntary dismissal of Appeal No. 2025-1216 pursuant to Federal Rule of Appellate Procedure 42(b)(1).  ECF No. 15.  Apple Inc. separately moves unopposed to extend the time to file its opening brief in Appeal No. 2025-1217.  ECF No. 16.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Appeal No. 2025-1216 is voluntarily dismissed. The revised official caption for the remaining appeal, Appeal No. 2025-1217, is reflected in this order.

(2)  Each side shall bear its own costs as to Appeal No. 2025-1216.

(3)  Apple's opening brief in Appeal No. 2025-1217 is due no later than 60 days after the date of entry of this order.

(4)  ECF No. 16 is denied as moot.

FOR THE COURT



March 5, 2025                    Jarrett B. Perlow
      Date                        Clerk of Court


ISSUED AS A MANDATE (as to 2025-1216 only):
March 5, 2025